UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jerome Tellis,

   Petitioner,             Case No. 09-11530

v.                     Hon. Nancy G. Edmunds

Nick Ludwick,

   Respondent.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

   This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including Petitioner's Objections if any, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Petitioner's application for writ of habeas corpus is DENIED.

   SO ORDERED.

              s/Nancy G. Edmunds
              Nancy G. Edmunds
              United States District Judge

Dated: September 15, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 15, 2010, by electronic and/or ordinary mail.

              s/Carol A. Hemeyer
              Case Manager